November 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HUA XU, Appellant

NO. 14-13-00730-CV                              V.

DAVID K. LAM A/K/A KA PUN LAM A/K/A KA P. LAM A/K/A DAVID LAM A/K/A KAPUN LAM AND JIA TIAN A/K/A ANGELA TIAN, Appellees

_____

This cause, an appeal from the judgment in favor of David K. Lam a/k/a Ka Pun Lam a/k/a Ka P. Lam a/k/a David Lam a/k/a Kapun Lam and Jia Tian a/k/a Angela Tian (the "Defendants-Appellees"), signed May 20, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We **REFORM** the judgment of the court below by deleting the award of attorney's fees granted to the Defendants-Appellees.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.